**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-8328**

———————

U.S. BOUNTY #10 JEROME JULIUS BROWN, SR.,

             Petitioner – Appellant,

        v.

THOMITHY J. MCLONE, State's Attorney,

             Respondent – Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson  Everett  Legg,  Chief  District
Judge.  (1:07-cv-00182-BEL)

———————

Submitted:  April 9, 2009          Decided:  April 30, 2009

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jerome Julius Brown, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr., seeks to appeal the district court's order dismissing his 28 U.S.C. § 2241 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties in a civil case are required to file the notice of appeal within thirty days after the judgment or order appealed from is entered, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is mandatory and jurisdictional. Bowles v. Russell, 551 U.S. 205 (2007).

The district court's order was entered on the civil docket on February 1, 2007, and was entered for purposes of Fed. R. App. P. 4(a) on July 2, 2007. See Fed. R. App. P. 4(a)(7). The notice of appeal was filed on September 17, 2008. Because Brown failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2